

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE 1:12CV0883 |
| | ) | |
| v. | ) | |
| | ) | JUDGE NUGENT |
| $620,280.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | PRAECIPE |

The United States of America respectfully requests that the Clerk
of this Court issue the attached warrant of arrest in rem to the
United States Marshal's Service, pursuant to Rule G(3)(b)(I) of the
Supplemental Rules for Admiralty or Maritime Claims and Asset
Forfeiture Actions.

Respectfully submitted,

Steven M. Dettelbach
United States Attorney

By: _____
Herbert J. Villa
Assistant U.S. Attorney
Reg. No. 0010682
400 United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113
(216) 622-3735
Fax: (216) 522-7499
Herbert.Villa@usdoj.gov