# United States District Court

## NORTHERN DISTRICT OF OHIO

# 1:12CV0883

**WARRANT OF
ARREST IN REM**

TO:  THE UNITED STATES MARSHAL AND/OR ANY OTHER DULY AUTHORIZED LAW
ENFORCEMENT OFFICER :

   WHEREAS, on __April 12, 2012__ a.__ **Complaint in Forfeiture** ___
was filed in this court by Steven M. Dettelbach, United States Attorney for this District, on behalf of the United
States, against:

   $620,280.00 in U.S. Currency
   CATS ID: 12-FBI-001119

   and WHEREAS, the defendant properties are currently in the possession, custody or control of the United
States; and,

   WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest in rem for the arrest of the defendant
properties; and,

   WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
Forfeiture Actions provides that the warrant of arrest in rem must be delivered to a person or organization
authorized to execute it;

   YOU ARE COMMANDED to arrest the defendant properties by serving a copy of this warrant on the
custodian in whose possession, custody or control the property is presently found, and to use whatever means may
be appropriate to protect and maintain it in your custody until further order of this Court.

   YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE **JUDGE NUGENT** | UNITED STATES DISTRICT JUDGE AT *CLEVELAND, OHIO* |
|---|---|
| DATE  **APR 12 2012** | CLERK  **GERI M. SMITH, CLERK**  (BY) DEPUTY CLERK |
| | Returnable -60- days after issue. |

## UNITED STATES MARSHALS SERVICE

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| U.S. MARSHAL | | |