USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:12-cv-00883-DCN Doc #: 5 Filed: 04/19/12 1 of 2. PageID #: 16

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 1:12CV0883 |
| **DEFENDANT** $620,280.00 U.S. Currency | **TYPE OF PROCESS** Warrant of Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$620,280.00.00 U.S. Currency
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

JUDGE NUGENT

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Herbert Villa, Assistant United States Attorney
Office of the United States Attorney
400 United States Courthouse
Cleveland, Ohio 44113     Phone: (216) 622-3735

RECEIVED DEPARTMENT OF JUSTICE 2012 APR 11 U.S. ATTORNEY'S OFFICE CLEVELAND, OHIO

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                Fold

CATS ID: 12-FBI-001119

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 216-622-3735
DATE: 4/12/12

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date: 4/17/12 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 4/17/12   Time: 1200  ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| $55.00 | 0 | 0 | $55.00 | 0 | $55.00 | $0.00 |

REMARKS: N/OH USMS TOOK CUSTODY OF 12-FBI-001119 ON 12-29-2011. $620,280.00 WAS DEPOSITED INTO THE SADF ON 12-29-11.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# United States District Court

## NORTHERN DISTRICT OF OHIO

1:12CV0883

WARRANT OF ARREST IN REM

TO: THE UNITED STATES MARSHAL AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER :

WHEREAS, on April 12, 2012 a Complaint in Forfeiture was filed in this court by Steven M. Dettelbach, United States Attorney for this District, on behalf of the United States, against:

$620,280.00 in U.S. Currency
CATS ID: 12-FBI-001119

and WHEREAS, the defendant properties are currently in the possession, custody or control of the United States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest in rem for the arrest of the defendant properties; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

YOU ARE COMMANDED to arrest the defendant properties by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE JUDGE NUGENT | UNITED STATES DISTRICT JUDGE AT CLEVELAND, OHIO |
|---|---|
| DATE APR 12 2012 | CLERK GERI M. SMITH, CLERK (BY) DEPUTY CLERK [signature] |

Returnable -60- days after issue.

### UNITED STATES MARSHALS SERVICE

| DISTRICT N/OHIO | DATE RECEIVED 4-17-12 | DATE EXECUTED 4-17-12 |
|---|---|---|
| U.S. MARSHAL [signature] #4640 | Anne Murphy, DUSM | |