IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 1:12CV0883 |
| Plaintiff, | ) | JUDGE |
| | ) | JUDGE NUGENT |
| v. | ) | |
| $620,280.00 IN U.S. CURRENCY, | ) | ORDER FOR |
| Defendant. | ) | PUBLICATION OF NOTICE |

Now on this 24th day of April, 2012, it appearing to the Court that the defendant currency, to wit: $620,280.00 in U.S. Currency, is the defendant in an in rem action for breach of the laws of the United States relating to property acquired and/or used in violation of 21 U.S.C. § 841(a), and in particular, for the reasons and causes as set forth in the Complaint in Forfeiture, and that plaintiff has instituted the in rem action herein and has requested publication of notice pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS THEREFORE ORDERED AND DECREED that publication of notice, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, shall be on an official internet government forfeiture site, and shall give persons in interest sixty (60) days from the first day of publication within which to file a claim, and twenty (20) days, after filing of the claim, within which to file an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure.

*[signature]* 4/24/12
UNITED STATES DISTRICT JUDGE